# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL HALL-JONES , an Individual<br><br>Plaintiffs,<br><br>v.<br><br>MEDICREDIT, INC., a Missouri foreign stock corporation ,<br><br>Defendants. | Case No: 8:20-cv-00887-JLS-JDE<br><br>**ORDER RE DISMISSAL** |

Based upon a review of the Stipulation by plaintiff Ariel Hall-Jones ("Plaintiff") and defendant Medicredit, Inc. ("Defendant") to dismiss Defendant with prejudice pursuant to Rule 41 or the Federal Rules of Civil Procedure, Defendant shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: March 29, 2021

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28